**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JUSTIN MICHAEL ROSSI,**

      **Petitioner,**

**v.**                                   **Case No. 4:26-cv-121-AW-MJF**

**STATE OF FLORIDA, et al.,**

      **Respondents.**

_____/

## FINAL ORDER

Petitioner Justin Michael Rossi was found incompetent to proceed in his state criminal action, and he is at the Florida State Hospital for mental-health treatment. He initiated this § 2241 petition seeking release from custody, Social Security benefits, and custody of his child.

The magistrate judge issued a report and recommendation concluding the case should be dismissed without prejudice. Having considered the report and recommendation, and having considered de novo the issues Rossi raised in his objections, I now adopt the report and recommendation and incorporate it into this order.

Rossi has also filed several objections to several of the magistrate judge's nondispositive orders. When a party objects to a magistrate judge's order on a nondispositive matter, the district judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to

1

law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A). All of Rossi's objections are OVERRULED because Rossi has not shown that any part of any of the challenged orders was clearly erroneous or contrary to law.

Finally, Rossi filed a "motion in forma pauperis & transcript order form." ECF No. 37. That motion is DENIED. To the extent Rossi seeks leave to proceed in forma pauperis in this case, the request is moot because the court already granted leave for him to do so. ECF No. 8. To the extent he seeks leave to proceed in forma pauperis on appeal, the request is denied because Rossi has shown no non-frivolous basis for appeal. Indeed, his pending appeals are of nonfinal orders. (Those appeals of nonfinal orders do not deprive this court of jurisdiction to enter this order.) To the extent Rossi seeks preparation of transcripts, the request is denied as moot because there have been no hearings in this case.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on July 6, 2026.

s/ *Allen Winsor*
Chief United States District Judge

2